# FIRST, ALBRECHT & BLONDIS, S.C. ■ ATTORNEYS AT LAW

BROADWAY THEATRE CENTER ■ 158 NORTH BROADWAY, SUITE 600 ■ MILWAUKEE, WI 53202
PHONE (414) 271-1972 ■ FAX (414) 271-1511 ■ www.fabattorneys.com

JAMES P. END
THOMAS C. LENZ
CHRISTOPHER G. MEADOWS
BRYN I. BAKER
ALEXA C. BRADLEY

OF COUNSEL:
LAWRENCE G. ALBRECHT
~ ALSO ADMITTED IN NEW YORK
ROBERT H. BLONDIS

CURRY FIRST
RETIRED

May 24, 2022

Hon. Brett H. Ludwig
United States District Court – Eastern District of Wis.
517 East Wisconsin Avenue, Courtroom 225
Milwaukee, WI 53202

      Re:    Leonard White v. City of Milwaukee, et al.
            E.D. Wis. 2:21-cv-146

Dear Judge Ludwig:

We represent the plaintiff with respect to the above-captioned matter. We are writing pursuant to your April 20, 2022 Order (Dkt. 25) to provide the status of the above-captioned matter. Defense counsel, Deputy City Attorney Todd Farris, has authorized us to indicate that he is in agreement with the contents of this letter.

The only issue to be taken care of prior to scheduling a trial in this matter is a 30(b)(6) deposition. The departure of Assistant City Attorney Nicholas Zales necessitated the rescheduling of a March 2022 Fed. R. Civ. P. 30(b)(6) deposition issued to the Milwaukee Police Department. The parties have been working to reschedule that deposition and hope to complete it by July 1.

On the topic of settlement, the plaintiff provided the defendants with a settlement demand on October 7, 2021. The parties do not believe that the district's mediation program may assist in resolving the matter.

                          Sincerely,

                          *s/ James P. End*

                          James P. End

c.      Attorney Todd Farris