UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LEONARD C. WHITE,

        Plaintiff,

v.                                               Case No. 21-CV-146

CITY OF MILWAUKEE, THOMAS J. KOTNIK, JR.,
GREGORY T. RUPNICK, WILLIAM R. SCHLICKE,
MICHAEL R. SCHWANDT, and
KIM LASTRILLA,

        Defendants.

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

    PLEASE TAKE NOTICE that Yolanda Y. McGowan will no longer be the attorney of record in the above-caption case, and moves the Court to accept her withdrawal as counsel for the defendants, and her name may be removed from the court's efiling distribution list.

    Dated at Milwaukee, Wisconsin this 11th day of August, 2022.

                                                TEARMAN SPENCER
                                                City Attorney

                                                s/Spencer Todd Farris
                                                SPENCER TODD FARRIS
                                                Deputy City Attorney
                                                State Bar No. 1006554
                                                *Attorneys for Defendants*

ADDRESS:
200 East Wells Street, Room 800
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email:  tfarris@milwaukee.gov

1032-2021-147/281371