# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | August 19, 2022 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 21-cv-0146-bhl |
| CASE NAME: | White v. City of Milwaukee et al |
| MATTER: | Status Conference |
| APPEARANCES: | James P. End and Bryn I. Baker, Attorneys for Plaintiff |
| | Tearman Spencer and Ryan J. Harrington, Attorneys for Defendants |
| TIME: | 9:05 - 9:46 a.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 39**

The Court considered Defendants' pending motion to extend the dispositive motion and discovery deadlines and adjourn the final pretrial conference and trial. Finding excusable neglect by Defendants and a lack of unfair prejudice to Plaintiff, the Court will grant the motion, in part, and reopen discovery for the sole purpose of allowing Defendants to take Plaintiff's deposition. *See* Fed. R. Civ. P. 6(b)(1)(B).

**IT IS HEREBY ORDERED** that Defendants' motion for an extension of time, ECF No. 32, is **GRANTED, in part**. Discovery is reopened for the limited purpose of allowing Defendants to take Plaintiff's deposition. Limited discovery will close on **September 23, 2022**. The motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that Defendants' motion for an alternate hearing date, ECF No. 36, is **DENIED** as moot.

Dated at Milwaukee, Wisconsin on August 19, 2022.

s/ *Brett H. Ludwig*<br>
BRETT H. LUDWIG<br>
United States District Judge