UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LEONARD C. WHITE,

          Plaintiff,

v.                                               Case No. 21-CV-146

CITY OF MILWAUKEE, THOMAS J. KOTNIK, JR.,
GREGORY T. RUPNICK, WILLIAM R. SCHLICKE,
MICHAEL R. SCHWANDT, and
KIM LASTRILLA,

          Defendants.

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

PLEASE TAKE NOTICE that Attorney Ryan J. Harrington will no longer be the attorney of record in the above-caption case, and moves the Court to accept his withdrawal as counsel for the defendants, and his name may be removed from the court's efiling distribution list.

Dated at Milwaukee, Wisconsin this 5th day of October, 2022.

                                            TEARMAN SPENCER
                                            City Attorney

                                            *Electronically signed by*

                                            _____
                                            ANTHONY JACKSON
                                            Assistant City Attorney
                                            State Bar No. 1090574
                                            *Attorneys for Defendants*

ADDRESS:
200 East Wells Street, Room 800
Milwaukee, WI 53202
Telephone: (414) 286-8014
Fax: (414) 286-8550
Email: lajack@milwaukee.gov
1032-2021-147/282054