

**TEARMAN SPENCER**
City Attorney

**ODALO J. OHIKU**
**ROBIN A. PEDERSON**
**S.TODD FARRIS**
Deputy City Attorneys

HEIDI WICK SPOERL
KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
ALLISON N. FLANAGAN
PATRICK J. MCCLAIN
HANNAH R. JAHN
JULIE P. WILSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
ALEX T. MUELLER
ALEXANDER COSSI
LISA A. GILMORE
NICHOLAS R. SINRAM
TAVISS K. SMITH
KATHERINE A. HEADLEY
ANTHONY JACKSON
STACY J. MILLER
JORDAN SCHETTLE
THERESA MONTAG
TYLER M. HELSEL
NANCY A. DOMINSKI
ALEXANDER E. FOUNDOS
CHRISTOPHER JACKSON
JAMES D. LEWIS
Assistant City Attorneys

Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

October 7, 2022

Honorable Brett Ludwig
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 201
Milwaukee, WI 53202

    **Re:**    *White v. City of Milwaukee, et al.*
             **Case No.: 21-CV-146**

Dear Judge Ludwig:

Pursuant to the Court's order from the Final Pretrial Conference held on 10/6/2022, the Defendants are indicating their intent to proceed with the adjournment of the jury trial with condition the Defendants shall be responsible for paying Plaintiff's reasonable attorney fees incurred between August 6, 2022 and October 6, 2022.

        Very truly yours,

           /s/Anthony Jackson
           Anthony Jackson Attorney for the Defendants

1032-2021-147:282076

Case 2:21-cv-00146-BHL   Filed 10/07/22   Page 1 of 1   Document 56