

# FIRST, ALBRECHT & BLONDIS, S.C. ∎ ATTORNEYS AT LAW

BROADWAY THEATRE CENTER ∎ 158 NORTH BROADWAY, SUITE 600 ∎ MILWAUKEE, WI 53202
PHONE (414) 271-1972 ∎ FAX (414) 271-1511 ∎ www.fabattorneys.com

JAMES P. END
THOMAS C. LENZ
CHRISTOPHER G. MEADOWS
BRYN I. BAKER
ALEXA C. BRADLEY

OF COUNSEL:
LAWRENCE G. ALBRECHT
~ ALSO ADMITTED IN NEW YORK
ROBERT H. BLONDIS

CURRY FIRST
RETIRED

January 17, 2022

VIA ELECTRONIC FILING

Hon. Brett H. Ludwig
Eastern District of Wisconsin
517 E. Wisconsin Ave., Rm 362
Milwaukee, WI 53202

      RE:    Leonard White v. City of Milwaukee et al
              Case Number 21-cv-146-BHL

Dear Judge Ludwig,

Please be advised that Leonard White has reached a settlement with the Milwaukee City Attorney's office. We understand that, although the City Attorney's office has authority to extend the offer, the settlement must be formally approved by the Mayor and City of Milwaukee Common Council. Therefore, the parties respectfully request that the trial be adjourned in anticipation of dismissal papers to be filed in the upcoming weeks pending approval of the settlement by the City of Milwaukee Common Council and the Mayor's Office.

                    Sincerely,

                    /s/James P. End
                    James P. End