TEARMAN SPENCER
City Attorney

ODALO J. OHIKU
ROBIN A. PEDERSON
S. TODD FARRIS
JENNIFER L. WILLIAMS
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

HEIDI WICK SPOERL
KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
PATRICK J. MCCLAIN
HANNAH R. JAHN
JULIE P. WILSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
ALEXANDER T. MUELLER
ALEXANDER D. COSSI
LISA A. GILMORE
NICHOLAS R. SINRAM
TAVISS K. SMITH
KATHERINE A. HEADLEY
L. ANTHONY JACKSON
STACY J. MILLER
MICHAEL C. RADAVICH
JORDAN M. SCHETTLE
THERESA A. MONTAG
TYLER M. HELSEL
NANCY A. DOMINSKI
ALEXANDER E. FOUNDOS
CHRISTOPHER P. JACKSON
JAMES D. LEWIS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
Assistant City Attorneys

March 10, 2023

Honorable Brett H. Ludwig
United States District Court - Eastern District of Wisconsin
517 East Wisconsin Avenue, Courtroom 201
Milwaukee, WI 53202

    **RE:** *White v. City of Milwaukee, et al.*
           Case No.: 21-CV-146

Dear Judge Ludwig:

Per the Court's order, the Defendants are filing this letter to update the Court as to the status of the settlement. The City of Milwaukee Common Council approved a settlement of the above referenced case on February 28, 2023. The Mayor of the City of Milwaukee has ten days from that date to veto any decision of the Common Council.

Counsel for the Defendants does not foresee there will be a veto of the resolution and anticipates settlement funds will be made available in the next three to four weeks and therefore requests forty days to file a stipulation for a dismissal. Plaintiff's counsel has reviewed and approves of the content of this letter.

Very truly yours,

*s/L. Anthony Jackson*

L. ANTHONY JACKSON
Assistant City Attorney

LAJ/cdr

1032-2021-147/284259