UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LEONARD C. WHITE,

      Plaintiff,

                                   Civil Action No. 2:21-cv-146-BHL

v.

CITY OF MILWAUKEE, a body politic,
THOMAS J. KOTNIK, JR., individually,
GREGORY T. RUPNICK, individually,
MICHAEL R. SCHWANDT, individually, and
KIM LASTRILLA, individually,

      Defendants.

## STIPULATION FOR DISMISSAL

      It is hereby stipulated, by and between the parties, through their undersigned counsel, that

this action be and hereby is dismissed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice

and without costs to any party.

      Dated this 29th day of March, 2023.

               FIRST, ALBRECHT & BLONDIS, S.C.
               Attorneys for Plaintiff

               s/ Bryn I. Baker
               _____
               James P. End
               State Bar No. 1032307
               Thomas C. Lenz
               State Bar No. 1055135
               Bryn I. Baker
               State Bar No. 1102534
               158 N. Broadway, Suite 600
               Milwaukee, WI 53202
               Telephone: (414) 271-1972
               Facsimile: (414) 271-1511
               Email: jend@fabattorneys.com

tlenz@fabattorneys.com
bbaker@fabattorneys.com

Dated this 29<u>th</u> day of March, 2023.

TEARMAN SPENCER
Milwaukee City Attorney
Attorneys for Defendants

s/ Anthony Jackson

_____

Anthony Jackson
State Bar No. 1090574
Christopher Jackson
State Bar No. 1120992
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Facsimile: (414) 286-8550
Email: lajack@milwaukee.gov
        cjackso@milwaukee.gov